IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | NO. 25-CR-2574 DLM |
| vs. | ) ) ) | |
| **BRENDA FIORELA CRUZ-CONTRERAS**, | ) ) | |
| Defendant. | ) | |

## AMENDED MOTION TO DISMISS COUNTS 2 AND 3 OF THE INFORMATION WITHOUT PREJUDICE

The United States of America moves this Court, pursuant to Fed. R. Crim. P. 48, to dismiss without prejudice Counts 2 and 3 of the Information filed on July 11, 2025, in this matter. As grounds, the United States provides that it is in the interest of justice. Counsel for the defendant does not oppose this motion.

WHEREFORE, the United States respectfully requests this Court enter an Order dismissing without prejudice Counts 2 and 3 of the Information filed on July 11, 2025, as to Defendant BRENDA FIORELA CRUZ-CONTRERAS.

Respectfully submitted,

RYAN ELLISON
Acting United States Attorney

*/s/ Filed Electronically on 9/11/2025*
SILVIA DELGADO
Assistant U.S. Attorney
200 N. Church Street
Las Cruces, NM 88001
(575) 522-2304

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I electronically filed the foregoing document using the Court's CM/ECF filing system which will send electronic notification to opposing counsel of record.

*/s/  Filed Electronically on 9/11/2025*
SILVIA DELGADO
Assistant U.S. Attorney